UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION
-------------------------------------------------------------X
IN RE:                                                                        Chapter 11

MALINKI SLONIK LLC                                         Case No.: 8-20-72239-AST

Debtor,
-------------------------------------------------------------X

STATE OF FLORIDA                    )
                                                        )    s.s:
COUNTY OF MIAMI DADE         )

Yonel Devico being duly sworn deposes and says:

1. I am the sole member of Malinki Slonik LLC ("Debtor").

2. Debtor is a Delaware limited liability company, with an address of 1688 Meridian Avenue - 6th Floor, Ste 610, Miami Beach, FL 33139.

3. The Debtor's sole asset is the real property known commonly known as 211 Belmont Avenue, Westbury, New York 11590 (the "Collateral").

4. Debtor obtained the Collateral via a referee's deed dated January 18, 2018.

5. On June 15, 2020, Malinki Slonik LLC filed a voluntary petition under Chapter 11 – Subchapter V of the U.S. Bankruptcy Code. *See* ECF Doc No.: 1.

6. Debtor is filing this motion to obtain financing to pay off creditors and fund the Chapter 11 Plan. Debtor is requesting to obtain $66,000.00 in financing.

7. Debtor has attached its budget to the motion and states how the money will be spent to improve the Collateral to increase its value.

8. Debtor solicited three (3) lenders, only two (2) of which provided offers.

9. The loan terms provided by Loyd Funding LLC were the most favorable terms. The loan documents are attached to the motion.

10. Loyd Funding LLC will only provide lending if it is given a superpriority lien against the Collateral.

11. It is respectfully requested that the court grant Debtor's motion seeking relief to obtain funding in the amount of $66,000.00 to pay off creditors and to renovate the collateral.

Dated: 6/17/2020

**MALINKI SLONIK LLC**

By: _____
Name: Yonel Devico
Title: Memb__

STATE OF FLORIDA        )
                        ) ss.
COUNTY OF MIAMI DADE    )

On June 17th, 2020, before me, Brandon Ramos, a Notary Public in and for said County and State, personally appeared Yonel Devico, who is personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

My Commission Expires: 12/09/2022           _____
                                                  Notary Public

[NOTARY SEAL]



Notary Public State of Florida
Brandon K Ramos
My Commission GG 282659
Expires 12/09/2022

2